# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# NOTICE

**UNITED STATES OF AMERICA**                                                 **PLAINTIFF**

**VS.**                               **CRIMINAL CASE NO.: 4:24-MJ-1027-JMV**

**THOMAS EUGENE TATUM**
**AKA TOMMY TATUM**                                                                       **DEFENDANT**

**TAKE NOTICE** that a proceeding in this case has been **SET** for the date, time, and place set forth below:

| *Place* | *Room No.* |
|---|---|
| U.S. FEDERAL BUILDING<br>305 Main Street<br>Greenville, MS 38701 | **Courtroom 2 VIA VIDEO** |
| | *Date and Time*<br><br>**JUNE 28, 2024**<br>**11:00 A.M.** |

*Type of Proceeding*

## IDENTITY HEARING
## BEFORE UNITED STATES MAGISTRATE JUDGE JANE M. VIRDEN

                                                                    **DAVID CREWS, Clerk of Court**

                                                       By:   /s/ *Itonia R. Williams*
                                                                 Courtroom Deputy

Date:   June 26, 2024

TO:     All Counsel of Record

If you have any questions, contact Itonia R. Williams at 662-335-9214
or via email: **itonia_williams@msnd.uscourts.gov**.